IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VANDER DAVIS | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-10-2009 |
| | * | |
| MARYLAND DEPARTMENT OF | * | |
| PUBLIC SAFETY AND CORRECTIONAL | * | |
| SERVICES, ET AL. | * | |
| | ****** | |

**MEMORANDUM**

Plaintiff has moved for leave of court to file a third amended complaint adding six new defendants. The events upon which the third amended complaint is based is, at best, tangentially related to the events giving rise to the original action.

Plaintiff is represented by court-appointed counsel. In his memorandum plaintiff states that unless the third amended complaint is filed, there is a likelihood that he would be required to file a new law suit in a *pro se* capacity.

The present law suit was filed in 2010, and Nancy Bealer, R.N., who opposes plaintiff's motion, is a named defendant.

Under the circumstances I have concluded that plaintiff's motion for leave to file third amended complaint should be denied. I recognize plaintiff's *pro se* status. However, if he has meritorious claims against the defendants whom he proposes to add, he may file a new law suit and this court, in accordance with its ordinary practice, will determine whether counsel should be appointed to represent him. In light of the fact that the proposed third amended complaint would add six new defendants, there would be inevitable delay in resolving the claims thus far asserted in this action. Defendant Bealer is entitled to a timely resolution of those claims.

A separate order denying plaintiff's motion is being entered herewith.


Date:  January 24, 2013           ___/s/_____
                                  J. Frederick Motz
                                  United States District Judge