IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VANDER DAVIS                              *
                                          *
                                          *
v.                                        *    Civil No. – JFM-10-2009
                                          *
MARYLAND DEPARTMENT OF                    *
PUBLIC SAFETY AND CORRECTIONAL            *
SERVICES, ET AL.                          *
                                       ******

## MEMORANDUM

Defendant Nancy Bealer has filed a renewed motion for summary judgment. The motion will be granted.[1] Plaintiff's claim against Bealer is that she was recklessly indifferent to a serious medical need that he had by failing to properly process a grievance he filed. However, as this court has held, no constitutional right is implicated by the manner in which a grievance is processed. *See Carrero-Vasquez v. Linn*, No. RDB-13-552, 2014 WL 183819, at *3 (D. Md. Jan. 10, 2014). Moroever, I now conclude that there is no evidence that Bealer failed to conduct an adequate investigation.

A separate order granting Bealer's renewed motion for summary judgment is being entered herewith.

Date: 10/12/14

J. Frederick Motz
United States District Judge

---

[1] In his opposition to the motion, plaintiff relies heavily upon the fact that this court previously denied Bealer's motion for summary judgment. However, it is well-established that a district court may reconsider any ruling it made on a summary judgment motion until a final judgment is entered. *See Lynn v. Monarch Recovery Mgmt, Inc.*, 953 F. Supp. 2d 612, 619 (D. Md. 2013).

1